JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA RIVAS,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>    Defendant. | Case No. 2:22-cv-06951-SB-PD<br><br>ORDER OF DISMISSAL |

On December 12, 2022, the parties filed a joint report stating that they reached a settlement in this case and anticipate filing a request for dismissal within 15 days after receipt of payment, although they do not indicate when payment is expected. Dkt. No. 30. This action is therefore dismissed in its entirety without prejudice. For 60 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 61st day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.

The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 60 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Any party who objects to the terms of this dismissal order must file a written statement of objection no later than December 15, 2022 at 9:00 a.m. and appear in

person at the status conference currently set for December 16, 2022 at 8:30 a.m.  If no such objection is filed by December 15 at 9:00 a.m., the December 16 status conference will be automatically vacated without further order of the Court.

    IT IS SO ORDERED.

Date: December 12, 2022            _____
                                                     Stanley Blumenfeld, Jr.
                                                   United States District Judge